O'DONNELL and KENNEDY, JJ., dissent.

LANZINGER, J., dissents and would grant a stay conditioned upon the posting of bond.

**2014–2216.   State v. Terry.**
Cuyahoga App. No. 100813, 2014-Ohio-4804. On motion for delayed appeal. Motion denied.
PFEIFER and O'NEILL, JJ., dissent.

**2014–2217.   State v. Hayden.**
Cuyahoga App. No. 102101. On motion for stay of the court of appeals' judgment. Motion denied.

**2014–2220.   State v. Ogletree.**
Clark App. No. 14–CA–0016, 2014-Ohio-3431. On motion for delayed appeal. Motion denied.
PFEIFER and O'NEILL, JJ., dissent.

**2014–2222.   State v. Steele.**
Cuyahoga App. Nos. 101139 and 101140, 2014-Ohio-5431. On motion for stay of court of appeals' judgment. Motion denied.
O'CONNOR, C.J., and KENNEDY, J., dissent.

**2014–2229.   State v. Starcher.**
Jefferson App. No. 14 JE 17, 2014-Ohio-5223. On motion for stay of court of appeals' judgment. Motion denied.
O'NEILL, J., dissents.

**2014–2254.   State v. Lawrence.**
Cuyahoga App. Nos. 100371 and 100387, 2014-Ohio-4797. On motion for delayed appeal. Motion denied.
LANZINGER and O'NEILL, JJ., dissent.

**2015–0025.   State v. Nieves.**
Lorain App. No. 08CA009500, 2009-Ohio-6374. On motion for delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2015–0031.   State v. Coran.**
Clark App. No. 2014–CA–14, 2014-Ohio-4406. On motion for delayed appeal. Motion denied.
PFEIFER and O'NEILL, JJ., dissent.

**2015–0037.   State v. Shouse.**
Brown App. No. CA2013–11–014, 2014-Ohio-4620. On motion for delayed appeal. Motion denied.
PFEIFER and O'NEILL, JJ., dissent.

**2015–0040.   State v. Fox.**
Franklin App. No. 13AP-1042. On motion for delayed appeal. Motion denied.
PFEIFER and O'NEILL, JJ., dissent.

**2015–0048.   State v. Brown.**
Hamilton App. No. C-130120. On motion for delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2015–0050.   State v. Stallworth.**
Lake App. No. 2013–L–122, 2014-Ohio-4297. On motion for delayed appeal. Motion denied.

**2015–0051.   State v. Dodson.**
Franklin App. Nos. 14AP–674 and 14AP–675. On motion for delayed appeal. Motion denied.

**2015–0065.   In re Z.H.**
Hamilton App. Nos. C–140636, C–140733, and C–140734. On motion for stay of court of appeals' judgment. Motion denied.
O'NEILL, J., dissents.